# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATSY D. BAIN, | |
| Plaintiff, | C.A. No. 23-310-CFC |
| v. | |
| LABORATORY CORPORATION OF AMERICA, | |
| Defendant. | |

## STIPULATION AND [~~PROPOSED~~] ORDER
## OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby stipulated by and between the attorneys for plaintiff Patsy D. Bain ("Plaintiff"), and the attorneys for defendant Laboratory Corporation of America Holdings ("Defendant"), that the above-captioned Complaint and all claims against Defendant are dismissed with prejudice and without attorneys' fees, costs and/or expenses being awarded to any party.

Dated: July 5, 2024

| THE POLIQUIN FIRM LLC | K&L GATES LLP |
|---|---|
| */s/ Ronald G. Poloquin* | */s/ Megan E. O'Connor* |
| Ronald G. Poliquin (No. 4447) | Steven L. Caponi (No. 3484) |
| 1475 S. Governors Ave. | Megan E. O'Connor (No. 6569) |
| Dover, DE 19904 | 600 N. King Street, Suite 901 |
| Phone: (302) 702-5501 | Wilmington, DE 19801 |
|  | Phone: (302) 416-7000 |
| *Attorney for Plaintiff Patsy H. Bain* | steven.caponi@klgates.com |
|  | megan.oconnor@kglates.com |
|  | *Attorneys for Defendant* |
|  | *Laboratory Corporation of America* |

SO ORDERED this 8th day of July, 2024.

_____
United States District Judge

2